# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAMARIO D. STILLWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-261-D |
| AUSTIN PIERATT, et al, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

Pursuant to the Order separately entered this same date, this action is hereby DISMISSED WITH PREJUDICE.

ENTERED this 17th day of May, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge